62802263

AO 442 (Rev. 5/93) Warrant for Arrest

JAN 30 2007

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

RONALD SEAGRAVE

## WARRANT FOR ARREST

CASE NUMBER: 1:07-M-10M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RONALD SEAGRAVE
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
bank fraud and aggravated identity theft.

in violation of Title 18 United States Code, Section(s) §§ 1344 and 1028A(a)(1) and (c)(5)

| | |
|---|---|
| David L. Martin | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *David L. Martin* | January 30, 2007, Providence, RI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______ by ______
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/30/07 | SA/Tab 1019 S. Lazeman | S Lazeman |
| DATE OF ARREST 2/6/07 | | |

This form was electronically produced by Elite Federal Forms, Inc.