**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA )
)
vs. ) CR. No. 07-31S
) In violation of 18 U.S.C. § 1344
RONALD SEAGRAVE )

**INFORMATION**

The United States Attorney charges:

From on or about January 11, 2005, through on or about August 23, 2005, in the District of Rhode Island, defendant RONALD SEAGRAVE knowingly executed and attempted to execute a scheme to defraud a financial institution and to obtain the moneys, funds, credits and property owned by and under the custody and control of a financial institution, to wit First Horizon Home Loans, by means of false and fraudulent pretenses, representations and promises.

In violation of 18 U.S.C. § 1344.

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LEE H. VILKER
Assistant U.S. Attorney

______________________
STEPHEN G. DAMBRUCH
Criminal Chief

3/19/07
Date