O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
MAY 20 2007
Property of U.S. District Court
District of Rhode Island

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
RONALD SEAGRAVE

WAIVER OF INDICTMENT

CASE NUMBER: CR07-31S

I, RONALD SEAGRAVE, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on March 23, 2007 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

RONALD SEAGRAVE
Defendant

Michael E. Sendley
Counsel for Defendant

Before David L. Martin
Judicial Officer

3-23-07