# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

RONALD SEAGRAVE
6/22/72

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR 07-31S

RECEIVED
U.S. MARSHALS SERVICE
MAR 21 2007
District of Rhode Island

(Name and Address of Defendant)
RONALD SEAGRAVE
840 Bullocks Point Unit # 840
Riverside, RI

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **United States Courthouse**<br>**Two Exchange Terrace**<br>**John O. Pastore Federal Building**<br>**Providence, RI 02903** | Courtroom B |
| Before: Magistrate Judge David L. Martin | Date and Time: Friday, March 23, 2007 at 10:00 A.M. |

To answer a(n)

☐ Indictment ☒ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 18 Section(s) 1344

Brief description of offense:

Bank Fraud

[signature]
Signature of Issuing Officer

March 21, 2007
Date

Martha Saucier, Deputy Clerk
Name and Title of Issuing Officer

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date 3/23/07

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USDC CourtRoom B

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 3/23/07
Date

Burton Stallwood
Name of United States Marshal

S. Wyatt
(by) Deputy United States Marshal

Remarks:

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2007 MAR 26 A 11: 30
FILED