IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR No. 07-31S |
| | : | |
| RONALD SEAGRAVE | : | |

GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The United States of America, by and through its undersigned attorneys, respectfully moves the Honorable Court to continue sentencing in this matter, presently scheduled for July 20, 2007. The United States requests this continuance due to an unexpected change in the vacation plans of Assistant United States Attorney Vilker. To the chagrin of the Vilker family, an earlier-scheduled family vacation had to be re-scheduled to July 20th due to an illness in the family.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Lee H. Vilker
LEE H. VILKER
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
lee.vilker@usdoj.gov

Dated: July 5, 2007

## CERTIFICATE OF SERVICE

I, hereby certify that on this 5th day of July, 2007, I caused the within Government's Motion to Continue Sentencing to be electronically filed with the United States District Court for the District of Rhode Island, using the CM/ECF System. The following participant has received notice electronically:

Michael Sendley, Esq.
McKinnon & Harwood
1168 Newport Avenue
Pawtucket, R.I. 02861

I further certify that a copy was mailed via regular mail to:

Heather McLoughlin
United States Probation Officer
John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

/s/Lee H. Vilker
Lee H. Vilker
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000
(401)709-5001(fax)
Lee.vilker@usdoj.gov